# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2019

## NO.  03-19-00102-CV

**Michael Steve Rush, Appellant**

**v.**

**Craig W. Johnson, Individually, and Craig W. Johnson Enterprises, Inc. d/b/a
Texas Hydraulics and Pneumatics, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on January 24, 2019.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.